**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 1 3 2011
U.S. COURT OF
FEDERAL CLAIMS

No. 11-178 T
(Judge Robert H. Hodges, Jr.)

MILES J. JULISON TRUST,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nunc Pro Tunc
JUN 2 2011

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for a sixty day enlargement of time, from June 3, 2011, to August 2, 2011, within which to file an answer or other responsive pleading to plaintiff's complaint. This is the first enlargement requested. Defendant's counsel left a voicemail for plaintiff on June 2, 2011, in an effort to consult on the motion but did not reach plaintiff.

Plaintiff filed its complaint in this Court on March 21, 2011. However, defendant did not receive a copy of the complaint until June 1, 2011, after the Court issued an Order on May 26, 2011, asking the United States to answer, otherwise plead, or seek an extension no later than June 3, 2011. (Dkt. No. 4.) The Court's May 26, 2011 Order was the first notice the United States had of the existence of this case. After learning of the Order, the Department of Justice promptly notified the Clerk's Office of the Court of Federal Claims and asked for a copy of the complaint, which it received June 1. The case was assigned to the undersigned attorney that

same day, and she promptly entered her Notice of Appearance.

Because it just received the complaint yesterday, defendant is not yet in possession of the Internal Revenue Service administrative file related to plaintiff's case and the IRS Chief Counsel's defense recommendation. Defendant requested these materials yesterday, but it will take some time for the IRS to process defendant's request. These materials are necessary for defendant's counsel to craft a meaningful response to the complaint, after she has received and reviewed them. A sixty day enlargement of time therefore is necessary to allow sufficient time for defendant's counsel to prepare an answer or other responsive pleading to the complaint.

Respectfully submitted,

June 2, 2011

SHELLEY D. de ALTH
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 305-7539
Fax: (202) 514-9440
Shelley.de.Alth@usdoj.gov

JOHN A. DiCICCO
  Principal Deputy Assistant Attorney General

STEVEN I. FRAHM
  Chief, Court of Federal Claims Section

June 2, 2011

Of Counsel

Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 13th day of June 2011, been made on the plaintiff, *pro se*, by mailing a copy thereof, in a postage prepaid envelope, to the following address:

> Miles J. Julison Trust
> c/o Box 81
> 605 Portland Ave.
> Gladstone, OR 97027

*[signature]*

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440